# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0048
_____

A.N., a minor by and through his
parents, ANDREW and LESLIE
NELSON,

    Appellant,

    v.

THE SCHOOL BOARD OF GULF
COUNTY, FLORIDA,

    Appellee.

_____

On appeal from the School Board of Gulf County, Florida.
Ruby Sue Knox, Chairwoman.

August 27, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephanie Langer, of Langer Law, P.A., Palmetto Bay, for Appellant.

Bob L. Harris, James J. Dean, and Nicholas R. Cleary, of Messer Caparello, P.A., Tallahassee, for Appellee.